# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Calvin Neuendorf, II, | No. CV 10-752-PHX-RCB (DKD) |
| Plaintiff, | **ORDER** |
| vs. | |
| John C. Lincoln Medical, | |
| Defendant. | |

Plaintiff John Calvin Neuendorf, II, who is confined in the Maricopa County Fourth Avenue Jail, has filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. #1). Plaintiff has not paid the $350.00 civil action filing fee or filed an Application to Proceed *In Forma Pauperis*. The Court will give Plaintiff 30 days from the filing date of this Order to pay the fee or file a completed Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement.

**I.     Payment of Filing Fee**

When bringing an action, a prisoner must either pay the $350.00 filing fee in a lump sum or, if granted the privilege of proceeding *in forma pauperis*, pay the fee incrementally as set forth in 28 U.S.C. § 1915(b)(1). An application to proceed *in forma pauperis* requires an affidavit of indigence and a *certified* copy of the inmate's trust account statement for the six months preceding the filing of the Complaint. 28 U.S.C. § 1915(a)(2). An inmate must

submit statements from each institution where he was confined during the six-month period. Id. To assist prisoners in meeting these requirements, the Court requires use of a form application. LRCiv 3.4(a).

If a prisoner is granted leave to proceed *in forma pauperis*, the Court will assess an initial partial filing fee of 20% of either the average monthly deposits or the average monthly balance in Plaintiff's account, whichever is greater. 28 U.S.C. § 1915(b)(1). An initial partial filing fee will only be collected when funds exist. 28 U.S.C. § 1915(b)(4). The balance of the fee will be collected in monthly payments of 20% of the preceding month's income credited to an inmate's account, each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915(b)(2).

**II.     Failure to Comply With Statute**

Plaintiff has failed to comply with the provisions of 28 U.S.C. § 1915 by either paying the $350.00 civil action filing fee or filing a complete Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement. Accordingly, Plaintiff will be permitted 30 days to either pay the $350.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement.

**III.    Warnings**

**A.     Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.     Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**C.     Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these

1  warnings, the Court may dismiss this action without further notice. See <u>Ferdik v. Bonzelet</u>,
2  963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to
3  comply with any order of the Court).

**IT IS ORDERED:**

(1) Within **30 days** of the date this Order is filed, Plaintiff **must either** pay the $350.00 filing fee **or** file a completed Application to Proceed *In Forma Pauperis* and a certified trust account statement that covers the six-month period immediately preceding the filing of the Complaint.

(2) **If** Plaintiff fails to either pay the $350.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

(3) The Clerk of the Court **must mail** Plaintiff a court-approved form for filing an Application to Proceed *In Forma Pauperis* (Non-Habeas). The Court will give Plaintiff 30 days to pay the fee or file a completed Application to Proceed *In Forma Pauperis*.

Dated this 26th day of April , 2010 .

_____
Robert C. Broomfield
Senior United States District Judge