**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Calvin Neuendorf, II,<br><br>    Plaintiff,<br><br>vs.<br><br>John C. Lincoln Medical,<br><br>    Defendant. | No. CV 10-752-PHX-RCB (DKD)<br><br>**ORDER** |

Pending in this case is Plaintiff's "Motion: For Transcripts of Comple[]te Record" (Doc. 9), which the Court will grant in part and deny in part.

**I.    Procedural Background**

On April 5, 2010, Plaintiff John Calvin Neuendorf, II, who is confined in the Maricopa County Fourth Avenue Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). Plaintiff did not pay the $350.00 civil action filing fee or file an Application to Proceed *In Forma Pauperis*. By Order filed April 27, 2010 (Doc. 3), the Court gave Plaintiff 30 days from the filing date of the Order to pay the fee or file a completed Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement. On May 25, 2010, Plaintiff filed an Application to Proceed *In Forma Pauperis* (Doc. 4) and an "Inmate Account Statement" (Doc. 5). By Order filed August 3, 2010 (Doc. 6), Plaintiff's Application to Proceed was granted, Plaintiff was assessed an initial partial filing fee, and the Complaint and this action were dismissed for failure to state a claim



upon which relief may be granted. Judgment was entered on August 3, 2010 (Doc. 8).

On October 8, 2010, Plaintiff filed a Notice of Appeal (Doc. 10) in this action.

## II.   Pending Motion for Transcripts of Complete Record

On October 5, 2010, Plaintiff filed a "Motion: For Transcripts of Comple[]te Record" (Doc. 9), in which Plaintiff requests that the Court send him a copy of all the cases he has filed with this Court because his "paperwork has been destroyed from flooding and is no longer legible." Plaintiff alleges that his "cell was flooded from people throwing water in a bucket under [his] door." Plaintiff further alleges that his "files are ruined."

In light of Plaintiff's pending appeal in this case, Plaintiff's Motion will be granted to the extent that the Court will direct the Clerk of Court to send Plaintiff a copy of all documents currently filed in this case and denied in part as to all other relief requested.

**IT IS ORDERED** that Plaintiff's "Motion: For Transcripts of Comple[]te Record" (Doc. 9) is **granted in part** to the extent that the Clerk of Court **must send** to Plaintiff a copy of all documents currently filed in this case and **denied in part** as to all other relief requested.

DATED this 6th day of December, 2010.

_____
Robert C. Broomfield
Senior United States District Judge